UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:05CR105JCH |
| vs. ) | |
| ) | |
| THOMAS FOSTER, JR., ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 24, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his written Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified assets as outlined in the Indictment and is subject to forfeiture;

AND WHEREAS, on November 16, November 23, and November 30, 2005, the United States published in a newspaper of general circulation, to wit: The St. Louis Countian, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited to the United States of America to be disposed of according to law, as follows:

(a)  $646.00 U.S. Currency,

(b)  $4,360.00 U.S. Currency.

2.  The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 3rd day of January, 2006

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE